UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re )
)
   HAMRICK, MICHAEL BRENT, )   Case No. 11-42753
   HAMRICK, TYRA MARIA, )
)
          Debtors. )   **AMENDMENT COVER SHEET**

Attached hereto are the following documents:

   Amended Schedules B and C

Purpose of amendment:

   Amend list of assets and exemptions to include recently acquired car.

Dated: 4/12/11                    Attorney's signature:

                                                      *Diana J. Cavanaugh*
Attorney's name:   DIANA J. CAVANAUGH ESQ.
Address:           2801 Concord Blvd.
                  Concord, CA 94519

**DECLARATION BY DEBTORS**

   We, the undersigned debtors, hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of _7_ pages, is true and correct to the best of our information and belief.

Dated: April _12_, 2011

_____
Debtor's signature

_____
Joint debtor's signature

In re  **Michael Brent Hamrick,**
       **Tyra Marie Hamrick**

Case No. __**11-42753**__

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| # | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | C | 46.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account #XXXXXX8189 Chase Bank** | C | 563.42 |
| | | | **Savings account #XXXXXX4684 Chase Bank** | C | 0.00 |
| | | | **Three savings accounts for minor children Chase Bank, $60.00 total** | C | 60.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

|  | Sub-Total > (Total of this page) | 669.42 |
|---|---|---|

__4__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Michael Brent Hamrick,**
**Tyra Marie Hamrick**
Debtors

Case No. **11-42753**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Household goods, furnishings and appliances<br>Crib $40<br>Twin bed $40<br>Double bed $40<br>Queen bed $50<br>Bunk bed $200<br>Dining room set $200<br>End table $20<br>Patio table $30<br>Kitchen table set $50<br>Children's chair $10<br>Kitchen Goods:<br>Microwave $100<br>Dishware, flatware, pots and pans $40<br>Stove $50<br>Refrigerator $200<br>Freezer $100<br>Washer/Dryer $100<br>Electronics:<br>TV $100<br>DVD Player $50<br>Telephone $50<br>Camcorder $100<br>Fax $20<br>Misc. Household Goods:<br>Sofa $50<br>Dressers $300<br>Night Stand $100<br>Bookcases $10<br>Lamps $200<br>Vacuum $100<br>Sewing machine $20<br>Barbeque $100 | C | 2,270.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 50 childrens' books $20<br>12 adult books $40 | C | 60.00 |
| 6. | Wearing apparel. | | Wearing apparel and shoes | C | 1,500.00 |
| 7. | Furs and jewelry. | | Wedding ring $800<br>Costume jewelry $30 | C | 830.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | Bicycles (4) | C | 100.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term life policies (2)<br>Primerica | C | 0.00 |

Sub-Total > **4,760.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Case: 11-42753    Doc# 9    Filed: 04/13/11    Entered: 04/13/11 09:35:51    Page 3 of 8

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                             Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Michael Brent Hamrick,** Case No. **11-42753**
 **Tyra Marie Hamrick**
 ,
 Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Workers compensation case against Safestway Driving School from 2/12/11 accident. Debtor husband suffered neck, shoulder and lower back injuries and PTSD. Debtor was rear-ended while waiting to make a left-hand turn.** | C | 7,500.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >   **7,500.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Michael Brent Hamrick,**
**Tyra Marie Hamrick**
_____,
Debtors

Case No. __**11-42753**__

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Ford Expedition spt utility 4DR (105,000 mi.) 2WD | C | 5,000.00 |
| | | 2004 Dodge Neon SE sed 4DR (155,740 mi.) | C | 2,800.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Tool box, tools | C | 250.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    **8,050.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Case: 11-42753    Doc# 9    Filed: 04/13/11    Entered: 04/13/11 09:35:51    Page 5 of 8
Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re **Michael Brent Hamrick,** Case No. **11-42753**
**Tyra Marie Hamrick**
,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | Sub-Total > (Total of this page) | 0.00 |
|---|---|---|
Sheet __4__ of __4__ continuation sheets attached | Total > | 20,979.42 |
to the Schedule of Personal Property | (Report also on Summary of Schedules) |

B6C (Official Form 6C) (4/10)

In re  **Michael Brent Hamrick,**
       **Tyra Marie Hamrick**
                                                          Case No. __**11-42753**__
_____,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                       $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                            *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| Cash on hand | C.C.P. § 703.140(b)(5) | 46.00 | 46.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account #XXXXXX8189 Chase Bank | C.C.P. § 703.140(b)(5) | 563.42 | 563.42 |
| Three savings accounts for minor children Chase Bank, $60.00 total | C.C.P. § 703.140(b)(5) | 60.00 | 60.00 |
| **Household Goods and Furnishings** | | | |
| Household goods, furnishings and appliances Crib $40 Twin bed $40 Double bed $40 Queen bed $50 Bunk bed $200 Dining room set $200 End table $20 Patio table $30 Kitchen table set $50 Children's chair $10 Kitchen Goods: Microwave $100 Dishware, flatware, pots and pans $40 Stove $50 Refrigerator $200 Freezer $100 Washer/Dryer $100 Electronics: TV $100 DVD Player $50 Telephone $50 Camcorder $100 Fax $20 Misc. Household Goods: Sofa $50 Dressers $300 Night Stand $100 Bookcases $10 Lamps $200 Vacuum $100 Sewing machine $20 Barbeque $100 | C.C.P. § 703.140(b)(3) | 2,270.00 | 2,270.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| 50 childrens' books $20 12 adult books $40 | C.C.P. § 703.140(b)(3) | 60.00 | 60.00 |
| **Wearing Apparel** | | | |
| Wearing apparel and shoes | C.C.P. § 703.140(b)(3) | 1,500.00 | 1,500.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                              Best Case Bankruptcy

| In re | Michael Brent Hamrick,<br>Tyra Marie Hamrick | Case No. __11-42753__ |
|---|---|---|
| | Debtors | |

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Furs and Jewelry** | | | |
| Wedding ring $800<br>Costume jewelry $30 | C.C.P. § 703.140(b)(4) | 830.00 | 830.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Bicycles (4) | C.C.P. § 703.140(b)(3) | 100.00 | 100.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Workers compensation case against Safestway Driving School from 2/12/11 accident. Debtor husband suffered neck, shoulder and lower back injuries and PTSD. Debtor was rear-ended while waiting to make a left-hand turn. | C.C.P. § 703.140(b)(11)(D) | 7,500.00 | 7,500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2003 Ford Expedition spt utility 4DR (105,000 mi.) 2WD | C.C.P. § 703.140(b)(2)<br>C.C.P. § 703.140(b)(5) | 3,525.00<br>5,475.00 | 5,000.00 |
| 2004 Dodge Neon SE sed 4DR (155,740 mi.) | C.C.P. § 703.140(b)(5) | 2,800.00 | 2,800.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Tool box, tools | C.C.P. § 703.140(b)(3) | 250.00 | 250.00 |
| | Total: | 24,979.42 | 20,979.42 |